**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LAUREN M. HAMMOND-PABON<br><br>        Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC AMAZON LOGISTICS, INC., AMAZON.COM, INC. AND 550 OAK RIDGE ROAD, LLC<br><br>        Defendants. | CIVIL ACTION<br><br>NO.:  3:22-cv-00663 |

## DEFENDANTS, AMAZON.COM SERVICES, LLC, AMAZON LOGISTICS, INC. AND AMAZON.COM, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1

**PLEASE TAKE NOTICE** that the undersigned, counsel of record for Defendants, Amazon.com Services, LLC, Amazon Logistics, Inc. and Amazon.com, Inc. ("Amazon"), hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.  Defendants, Amazon.com Services, LLC and Amazon Logistics, Inc., are wholly-owned subsidiaries of parent company Amazon.com, Inc.  Amazon.com, Inc. states that it has no parent company, and no publicly held company owns 10% or more of Amazon.com, Inc.'s stock.

                                                Respectfully submitted,

                                                **WILSON, ELSER, MOSKOWITZ,**
                                                **EDELMAN & DICKER LLP**

                                                Salvatore A. Clemente, Esquire
                                                Two Commerce Square
                                                2001 Market Street, Suite 3100
                                                Philadelphia, PA 19103
                                                Phone: 215.627.6900
                                                Facsimile: 215.627.2665
                                                Salvatore.Clemente@wilsonelser.com
                                                Attorneys for Defendants, *Amazon.com Services, LLC, Amazon Logistics, Inc. and Amazon.com*

Date: May 5, 2022

270581676v.1