| | |
|---|---|
| BENNETT, BRICKLIN & SALTZBURG LLC<br>BY: NORMAN NAMEY, ESQUIRE<br>PA. Attorney I.D. No. 45167<br>960 Harvest Drive<br>Building B - Suite 100<br>Blue Bell, PA 19422<br>(267) 654-1136<br>namey@bbs-law.com | Attorney For Defendant,<br>550 OAK RIDGE ROAD, LLC |

### IN THE UNTIED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN M. HAMMOND-PABON<br>*Plaintiff*<br><br>vs.<br><br>AMAZON.COM SERVICES LLC,<br>AMAZON LOGISTICS, INC.,<br>AMAZON.COM, INC.; *and* 550<br>OAK RIDGE ROAD, LLC<br>*Defendants* | CIVIL ACTION<br><br><br>JURY TRIAL DEMANDED<br><br><br>NO. 3:22-cv-00663- |

### CORPORATE DISCLOSURE STATEMENT OF 550 OAK RIDGE ROAD, LLC PURSUANT TO F.R.C.P. 7.1

**PLEASE TAKE NOTICE** that the undersigned, counsel of record for Defendant, 550 Oak Ridge Road, LLC makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.: Defendant, 550 Oak Ridge Road, LLC, is a wholly-owned subsidiary of Industrial Portfolio REIT, LLC. No public company owns 10% or greater interest in 550 Oak Ridge Road, LLC.

Respectfully Submitted:
BENNETT, BRICKLIN & SALTZBURG LLC
/s/ *Norman D. Namey*

By: _____
NORMAN D. NAMEY
Attorney for Defendant, 550 Oak Ridge Road, LLC